JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THOMAS AYER, an individual; ALEXIS AYER, an individual; and HOVIK GROZIAN, an individual, | CV 21-08773-RSWL-RAOx |
|---|---|
| Plaintiffs, | **ORDER re: Dismissal for Plaintiffs' Failure to File an Amended Complaint** |
| v. | |
| MICHAEL WHITE, an individual; DAVID GREEN, an individual; R4U VENTURES, a Texas limited liability company; and DOES 1-50 inclusive, | |
| Defendants. | |

On March 4, 2022, the Court granted [23] Defendants' motion to dismiss Plaintiffs' Complaint without prejudice. The Court granted Plaintiffs 30 days' leave to amend their Complaint to allege facts establishing the Court's personal jurisdiction over Defendants. To date, Plaintiffs have failed to file an

amended complaint.  Accordingly, this case is hereby **DISMISSED with prejudice.**

  **IT IS SO ORDERED.**

DATED: April 14, 2022            /s/ Ronald S.W. Lew
                                 _____
                                 **HONORABLE RONALD S.W. LEW**
                                 Senior U.S. District Judge